by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).

**No. 65509.**—Geo. H. Bowman & Son *v.* United States, protests 148714–K, 148715–K, and 148716–K (Baltimore).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.

**No. 65510.**—Bloomingdale Bros., a Div. of Fed. Dept. Stores, Inc., et al. *v.* United States, protests 233362–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

**No. 65511.**—Lundsing & Co. *v.* United States, protests 59/32045 and 59/34400 (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

**No. 65512.**—Alfred H. Marzolf *v.* United States, protest 279703–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 65513.**—Alfred H. Marzolf *v.* United States, protest 291273–K (Seattle).